**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                            Chapter 13

Ricardo Rosado                                              No.   11-41645

          Debtor                                       Hon.  A. Benjamin Goldgar

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 28, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                                                       /s/ Ross Brand

### Certificate of Service

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on John P Carlin and Glenn B. Stearns on October 28, 2016.

                                                       /s/ Ross Brand

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Ricardo Rosado
279 Cabrillo Dr.,
Groveland, FL 34736

Glenn B. Stearns
801 Warrenville Road
Lisle, IL 60532

John P Carlin
Suburban Legal Group PC
1305 Remington Road, Suite C
Schaumburg, IL 60173